**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Adam Shawn Alcozer v. State of Texas

Appellate case number:     01-17-00970-CR; 01-17-00971-CR

Trial court case number:   15-10-15443

Trial court:                      506th District Court of Waller County

Appellant has filed a motion requesting that this court (1) consolidate appellate cause numbers 01-17-00970-CR and 01-17-00971-CR; and (2) grant an extension as necessary to deem appellant's consolidated brief filed in conjunction with the motion to be timely filed. Upon consideration of the motion, the Court orders that the cases are consolidated for submission and that the parties may file a single brief for both cause numbers. Appellant's request for an extension of time is granted and the consolidated brief filed on June 8, 2018 is deemed timely filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                          Acting individually

Date: June 14, 2018